First Amended Complaint

Charles S. Hartzol III

V.S

Zackhary R. Hart

SCANNED at MENARD and E-mailed
5/30/25 by ____ 4 pages
Date ____ No: 3:25CV-00241-JP

On February 8TH 2024 I Charles Samuel Hartzol III, Was Placed In Cell: 5-31 In (RHI): Restrictive Housing Unit And Had An Issue With My Toilet Was Leaking From The Onto My Cell Floor Causing My Cell To Flood All Throughout The Day And Night Where I'd Have To Continue And Clean All Throughout Day Which I Filed An Grievance On This Problem And Right Now I Resubmitted That Grievance For 2 Level;

On February 23rd 2024 I Was Still Having This Same Problem After Getting No Type Of Results From No One, I Asked My Correctional Officer Wilson Who Was Working 5 Gallery On 7-3 Shift To Get Me An Crisis Team Around 1:45pm-1:50p.m And That I Swallow Nail Clipper's In Front Of This C/o Wilson Who Never Got Me Any Medical Attention Or Crisis Team On 3-11pm Shift I Then Waited An Told Correctional Officer Quinntor D. Bent At Shower's, Once I Got In The Shower Area I Got Naked While Getting Ready Too Get Into The Shower I Told C/o Bent I Wasn't Coming Out Of The Shower Until I Got An Crisis Team He Told Me To Cuff Up And I Complied C/o Bent, & Dalton M. Korando, Dalton S. Kithen Escorted Me to Infirmary Bull Pen And When (RNI): Maroon Giueoma And (M.H.P): Ms. Phillip Came Around I Informed Them Both That I Swallow A Nail Clipper Then They Told Sergeant Who Notified HealthCare There Escorte Me To Take An Cat Scan Too See If I Really Swallowed The NailClippers And They Seen That I Really Had Did From That CatScan,

We Then Walked Over From (H.C.U): HealthCare Unit Into The

1 -11



Doctor Office Or Whoever Was In Charge Told Them They Are Good To Take Me Back To My Cell, Then While Walking Back To N2 Restrive Housing We Stop At Infirmary Where They Stripped Me Out To Be Placed On 1(One) 15 minute Crisis Watch On Way I Asked C/o Kitchen Why Didnt He Bring My Clothes To Go In My Cell Property Locker He Said "Bitch You Should've Thought About Your Clothing Before, I Start Asking And Action Like An Little Bitch Crying For An Crisis Team. I Told His C/o Kitchen I Needed My Clothing For When I Come Off Watch He Then Said he's Throwing Them Away; I Can Write An Grievance Alone With Filing An Lawsuit Or Whatever He Didnt Care I Wouldnt Be The First Nor The Last When We Got To The Cell There Was No Mattress Or Safety Blanket So When C/o Kitchen Took Off "1(One) HandCuff ▓ I Tried To Snetch Away He Began Pulling My Arms Back While Beening My Wrist, While Alon C/o Daltyn M. Korando Hit me In My Forearmer Back To Back With His Rad Then C/o Zacthary R. Hart Mace Me While All This Abuse Was Going On, They Then Was Too Get The HandCuft And Secure My Food Passing Slot "(Chuck Hole)" They Then Later Return To My Cell And Told Me I Have Too Be Seen By Medical And Mental Health Staff Because They Had To Use O.C. "Mace" I Told Them No "Im Good, Im a Not Coming OutSide My Cell I dont Feel Safe, That's Wh they left And Send SRG. Gardner Too Talk Me Out My Cell, I Told Him I Wasn't Coming Out He Said Your Good Just Come Out To Talk With Mental Health An Get Check With/Be The Nurse And I Wouldnt Let Nothing Happen oo You And Nor Let Nobody Get Down On Me, I Then Compled And Cuffed Up I Walked Up To Infirmary And Was Cuff The The Gate Inside The

Bull pin While I Talked With Mental Health Then The Nurse After I Was Done c/o Robert Who Goes By c/o Rob Walked Up With His Hands Behind Back And Ask Me What's Today A Bad Day? I Told Him Yeah He Then Asked What's Going On I explained everything That Was Going On From Me Asking For An Crisis On 1st Shift Leading Up To Me Talking To Him, He Then Asked if this was An 1st Shift problem why take it Out on his Shift I told him I was only Trying To get what I Had coming Everybody else Nothing personal. He Said I like that Its Nothing personal Just busdiss Huh? Looking At c/o Bent who was laughing while putting On Gloves Next loo c/o who I Know by Robert who usually work 8 gallery In North2 (RH): Restrictive Housing Unit Then Sprayed An Extremely large amount of O.C. "mace" To my Face And Nose. That was used as excuse to attack And abuse me, I Started Being Assaulted By Several Correctional Officers, I Couldn't See their Face's Because Of The Mace But While I was being physical Harm From Somachs too punching / Hair-Pulling And Kicked In The testicles I could hea their Familiar Voices Such as c/o Bent, Kitchen, Korando And Heat 3-11 p.m Shift calling me Names Such as "monkey", "Niggar Boi"; we going too be the black off your ass Next time you pull one of this Little Bitch games! your in menard Boy Do you hear And understand me monkey c/o Heart asked Then smacked my neck and said answer me Bitch ass Nigger Like I thought your a pussy, c/o Robert then said lay 'em n The floor I was then uncuffed and Throw onto the floor where I Was Bei kicked And Punched More the Physical Abuse Continue Where Anther Correction Officer then Grab Both Of My Legs And Spread them Apart While Anther Kicked me In my Buttocks Also penis And testicles I Started to yell At Bent or Help And c/o "Wilson" Said Shut The Fuck Up Bitch And Then Told Nurse norgan "Glaucoma" To close the door and watch out you dont need too be apart

Of This Ass Beating While yelling for Help At the Top Of my lugs while Crying then I was Turned Over And Sprayed again while Somebody get this fucking "monkey" up and take to the Bathroom they then escorte me Into the employees Bathroom And put my Head in the toilet while Holding me by my dreadlocks and flusing the Toilet.. they then took too the Bullpin and smacked and punch me around more then throwing me against the wall and then onto the floor picking me back up then Sprayed with more o.c. "mace" then looken to the eyewash and after that I was taking back to my cell where I remained with out no water Nor toilet for anther "7" days

_____

<u>Affidavit</u>

I, Charles Samuel Hartzol III Being First Duly Sworn Upon My Oath Depose And State The following Matters Are Both True And Correct Made Upon Personal knowlegde And Belief, And If Called As A Witness, I am Competent To Testify

Subscribed And Sworn To
Before Me On; May 30th 2025

Respectfully
& Charles Samuel Hartzol III

X Trenton Lee Wagner
Notary Public

OFFICIAL SEAL
TRENTON LEE WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/29/2025